RALPH FRANTZ *v.* LEONA LANE
[No. 33, October Term, 1935.]

*Decided January 15th, 1936.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Estel C. Kelley,* for the appellant.

*Taylor Morrison,* with whom was *Edward J. Ryan,* on the brief, for the appellee.

SLOAN, J., delivered the opinion of the Court.